United States District Court Eastern District of Wisconsin

| Jason Olrich, Plantiff, -V- Warden Noble et. al., | Honorable Judge Lynn Adelmen Case # 24-CV-846 |

U.S. District Court Wisconsin Eastern
MAR 24 2025
FILED Clerk of Court

Motion For Summary Judgment 3
Motion For Sanction For Spoliation of Evidence

Federal Civil Procedure: Failure to Comply 3 Sanctions

"Spoliation of Evidence" is the destruction or significant alteration of evidence or the failure to preserve the property for another use as evidence in pending or reasonably foreseeable litigation, Fed. Rules Civ. Proc. Rule 37, 28 U.S.C.A.

1.) On 9-13-2023, at Kenosha County Jail, CO's Bogdala, Putcher, Moore, assaulted the plantiff and tortured him in restraints in Room X20R. Room X20R had a camera in it, and all officers involved had body camera's on. The plantiff was PRO SE, he even asked Co Smiley for the Body Camera footage, open records request, Subpoena's, Writ of Mandamus, Motion for Demand for Discovery, and John Doe Investigation 3 John Doe Proceedings.

2.) Olrich even requested the video camera footage from between 9-14-2023 - 9-15-2023 from X Block of Co Monica pushing the plantiff around in a wheelchair the State ◦ intentionally deleted and destroyed all of this evidence. The state failed to Produce and Preserve this evidence which is a Spoliation of evidence and the deliberate destruction of this evidence is a violation of Fed. Rules Civ. Proc. Rule 37, 28 U.S.C.A. (Federal Rules of Civil Procedure filed)
(Spoliation)

3.) On or around or about on 10-18-2023, at Kenosha County Detention Center, in EW Dorm, CO Hardcastle put his hands inside Olrich's anus and grabbed his penis and testicles multiple times while CO Wilks watch. CO Wilks taught him this behavior. Despite subpoena's, Writ of Certiorari's, Motion's for Demand For Discovery, Writ of Mandamus, Open Records request, and asking for the body camera footage because Olrich was PRO SE at the time the State again failed to produce and preserve this evidence.

4.) This is a deliberate destruction of evidence and a spoliation of evidence and a violation of Fed. Rules C.v. Proc. Rule 37, 28 U.S.C.A. and grounds for automatic Summary Judgment in favor of the plaintiff. (See all Exhibits and Declarations filed.)

5.) From 7-18-2023 - 10-18-2023, the plaintiff was held in Kenosha County Jail and Kenosha County Detention Center without an attorney because Commissioner Michael's ordered a no contact order with Debra Crawford and Lisa S. and was not allowed to speak with them regarding his case. The courts wouldn't appoint the plaintiff a lawyer because he couldn't get information from Debra C. and Lisa S. regarding his vehicle.

6.) The reason why the plaintiff couldn't get information regarding his vehicle is because on 7-18-2023, Deputy Lanctot held the plaintiff, while Deputies Booth and Tritschler planted illegal narcotics in the plaintiff's vehicle, then Detective Schremer stole the plaintiff's vehicle while armed with a gun and peeled off in it.

7.) The plaintiff was PRO SE, filed the demand for discovery, Spoliation, Writ of Mandamus,

(Page 2 of 6)

And the state failed to produce and preserve Detective Schreimer, Deputy Booth, Lanctot, and Tritschler's body camera footage and Booth squad car footage played in totality. ~~This is a~~

8.) The State failed to produce and preserve this evidence which is a spoliation of evidence and a violation of Fed. Rules Civ. Proc. Rule 37, 28 U.S.C.A. and grounds for automatic summary Judgment in favor of the plaintiff. (See all previous Exhibits and Declarations filed)

9.) In March of 2023, Kenosha Police Department destroyed the complaint the plaintiff made that's saved inside his phone against the police department. The State failed to produce and preserve this evidence and this is spoliation of evidence and a violation of Fed. Rules Civ. Proc. Rule 37, 28 U.S.C.A. and grounds for automatic summary Judgment in favor of the plaintiff. (See all previous Exhibits and Declarations filed)

10.) On 7-18-2023, Detectives Johnson and Swanson committed Witness Tampering of the Kenosha Police Department. Despite Subpoena's, Writ of Mandamus, Motion For Demand For Discovery, open records request, the state failed to produce the interrogation video and preserve the evidence from the "SOI" source of information, this is spoliation of evidence and a violation of Fed. Rules. Civ. Proc. Rule 37, 28 U.S.C.A. and grounds for automatic summary Judgment in favor of the plaintiff. (See all previous Exhibits and Declarations filed)

11.) On Febuary 2022, the State failed to produce the video camera footage of the police illegally pulling the defendant over 22CT120, played in totality. Despite Kenosha, Subpoena's, writ of Mandamus, Motion For Demand For Discovery, this evidence that was failed to be produced and not preserved is spoliation of evidence and a violation (Spoliation)

of Fed. Rules Civ. Proc. Rule 37, 28 U.S.C.A. and is grounds for automatic summary Judgment in favor of the plaintiff. (See all Exhibits and Declarations filed)

12.) When the state failed to produce and preserve the video camera footage from the Toyota Dealership from 2-7-2023 for 23CM222, when the defendant was hit from behind on private property this was a spoliation of evidence and a violation of Fed. Rules Civ. Proc. Rule 37, 28 U.S.C.A. and grounds for automatic summary Judgment in favor of the plaintiff. (See all declartions and Exhibits filed)

13.) When Librian Devries, & Berstien at D.C.I. and Librarian Hildebrand at KMCI. lost the plaintiffs evidence and legal work for 23CF1124, 22CT120, 23CM222, through the long difficult process of send legal work to library, Busness office, back to Library, back to plaintiff, this was a spoliation of evidence and a violation of Fed. Rules Civ. Proc. Rule 37, 28 U.S.C.A. and grounds for automatic summary Judgment in favor of the plaintiff. DCI October 2023 - May 2024, KMCI May 2024 - March 2025. (See all Declarations and Exhibits filed)

14.) When Librarian Ms. Hildebrand stole the plaintiff's legal work at KMCI multiple times between May 2024 - March 2025, and it was never returned to the plaintiff this was a spoliation of evidence and a violation of Fed. Rules Civ. Proc. Rule 37, 28 U.S.C.A. and is grounds for automatic summary Judgment in favor of the plaintiff. (See all Exhibits and Declarations filed)

15.) When CO Hovich at KMCI deliberately destroyed the plaintiff's evidence for 23CF1124, and proff of illegal grounds for arrest, by illegally contacting him (Spoliation)

with his hands behind his back and then destroyed all his Evidence on 6-28-2024 - 8-30-2024, this was deliberate destruction of evidence and a spoliation of evidence and a violation of Fed. Rules Civ. Proc. Rule 37, 28 U.S.C.A. and grounds for automatic summary Judgment in favor of the plaintiff. (See all Declarations and Exhibits filed) (writ return procedure from Court) (Legal work now contraband)(Letter for 22CT120 and 23CM222 destroyed)

16.) When CO's Nazario and Radar opened the plaintiff's Legal work, destroyed it, without the plaintiff being present and their were pages missing multiple times from it At KMCI from May 2024 - March 2025, this was deliberate destruction of evidence and a violation of Fed. Rules Civ. Proc. Rule 37, 28 U.S.C.A. and is grounds for automatic summary Judgment in favor of the plaintiff. (See all Exhibits and Declarations filed)

17.) When CO's Nazario and Radar, deliberately returned to sender and stole all of Olrich's Legal mail from the courts Kenosha, Court of Appeals, Federal Courts, and Attorney David Berman from 6-28-2024 - 8-18-2024, this was deliberate destruction of evidence and spoliation of evidence and a violation of Fed. Rules Civ. Proc. Rule 37, 28 U.S.C.A. and grounds for automatic summary Judgment in favor of the plaintiff. (See all Exhibits and Declarations filed).

## Verification

1-17 are all sworn Statements of the Law

I declare under penalty of perjury that the forgoing information is true and correct. Pursuant to 28 U.S.C. § 1746

Executed this 7th day of March, 2025

(Spoliation)

Case 2:24-cv-00846-LA   Filed 03/24/25   Page 5 of 7   Document 100

(Page 5 of 6)

Respectfully Submitted



signature

Jason Olkich Doc #522188
Kettle Moraine Correctional Institution
P.O. Box 282
CC: 3-7-2025    Plymouth, WI, 53073
Plantiff PRO SE

P.S. Supporting Brief for this will be printed out when the plantiff can properly access the courts. Still to this day he can not get legal supplies.

18.) The state failed to produce and preserve Detectives Johnson and Swanson's body camera footage from there illegal survelliance from 7-18-2023. (See all previous Exhibits and Declarations filed.)

(Spoliation)                                    (Page 6 of 6)



Jason Olrich # 522188
Kettle Moraine Correctional Institution
P.O. Box 282
Plymouth, WI, 53073



Clerk of Court
517 East Wisconsin Avenue
Room # 362

Milwaukee, WI, ~~530~~ 53202

5320254582 C024